In the Matter of the Estate of IDA A. FLAGLER, an Incompetent Person.

ANDREW M. PETTIT, Appellant; CORNELIUS J. SULLIVAN et al., as Committee, Respondents.

(Argued May 5, 1930; decided June 3, 1930.)

516

*Nathaniel J. Palzer* and *Emanuel Lewin* for appellant.
*Gerald Donovan, Edmond M. Hanrahan* and *Delancey Nicoll* for Cornelius J. Sullivan et al., as committee.

*Alfred Ely* and *Charles S. Ernst* for George W. Taylor et al., respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.